UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTIAN MAURICIO ALVAREZ-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT et. al,,<br><br>Respondents. | CASE NO. 26-cv-04077-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Per Petitioner's request, Dkt. # 3, the Court DIRECTS the Clerk to designate the below person as a contact to receive all case-related communication related to Petitioner's pending Petition. The designated contact is:

Kelsey Casey
3532 Lancashire Ct. SE
Port Orchard, WA 98366

(2) The Clerk is DIRECTED to designate the same address as Petitioner's alternate mailing address.

(3) Respondents are DIRECTED to mail a courtesy copy of all filings in this case to the designated contact.

(4) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 5th day of November 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk